UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEMIMA ORTIZ,<br><br>                          Plaintiff,<br><br>   v.<br><br>SAFEWAY, INC.,<br><br>                         Defendant. | CASE NO. C19-0984-RAJ<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. Mary Alice Theiler, United States Magistrate Judge:

Plaintiff's application to proceed *in forma pauperis* (IFP) (Dkt. 1) is deficient. She indicates no income or sources of money, identifies $90.00 in her checking account and $800.00 in monthly expenses, and states she is unemployed. (*Id*. at 1-2.) Plaintiff must submit a revised IFP application within **twenty (20) days** of the date of this Order. The revised application must explain how plaintiff meets her basic monthly expenses, including food, shelter, transportation, and utilities. Failure to comply may result in denial of IFP and/or dismissal.

DATED this 8th day of July, 2019.

                                        WILLIAM M. MCCOOL, Clerk

                                        By: s/ Tomas Hernandez
                                                  Deputy Clerk