```
____FILED      ____ENTERED
____LODGED     ____RECEIVED

        JUN 25 2019    GT
           AT SEATTLE
       CLERK U.S. DISTRICT COURT
BY    WESTERN DISTRICT OF WASHINGTON
                              DEPUTY
```

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

## COMPLAINT FOR CIVIL CASE

| | |
|---|---|
| JEMIMA ORTIZ (Pro Se) | CASE NO.<br>**19-CV-00984** RAJ |
| V. | |
| SAFEWAY INCORPORATED | Jury Trial Requested |

## I.    THE PARTIES TO THIS COMPLAINT

A. Plaintiff

Jemima Ortiz
1924 66th PL NE
Tulalip, Snowhomish
Washington 98271
206-327-7707

B. Defendant

Safeway Incorporated

5918 Stoneridge Mall Rd.

Pleasanton, Alameda

California 94588

925-467-3000

## II.   BASIS FOR THE JURISDICTION

Grounds for Jurisdiction are, under 28 U.S.C §1332,. Diversity of citizenship, plaintiff Jemima Ortiz lives in the state of Washington USA and the defendant Safeway Incorporated is incorporated under the laws of the state of California USA, and the amount of the permanent disability of Jemima Ortiz exceed $75,000.00 USA Dollars as it will explain section IV on relief.

## III.   STATEMENT OF CLAIM

On Sunday July 10, 2016 between approximately 1:00 pm - 3:00 pm, I was injured while shopping at the Safeway Store, 1258 State Street Marysville, Washington 98270.

STATEMENT OF CLAIM continues next page

STATEMENT OF CLAIM continues

In the store's vegetable aisle I slipped and had a hard fall on my knees, due to a piece of lettuce or a piece of green foliage being on the floor, that a Safeway employee was stocking I did not see the foliage/lettuce because I was concentrating on looking for a plastic bag for my produce.

Because I was in pain I could not get up and the employee kept looking at me and apologizing saying I'm sorry over and over. I was in a lot of pain and asked the employee to please help me up as I couldn't. I asked the employee what did I slip on and she said just a piece of lettuce. The employee did not pick up the piece that caused me to slip or the other pieces scattered around the floor. I asked her if she shouldn't pick it up, which she then finally picked up.

She ran to look for a manager but the manager never arrived at the vegetable section so I proceeded to go to the front of the store and spoke to a cashier and advise her of my fall, she was concerned and tried helping me get a hold of the store manager.

The store manager finally appeared and spoke to me and said she would call me later. I gave her my phone number and went home.

I have repeatedly called the store/management and requested to receive a copy of the store surveillance video (that shows my fall), the store accident report and the information of the employee that saw me fall.

STATEMENT OF CLAIM continues next page

STATEMENT OF CLAIM continues

I have never experienced a fall at a store so did not know what to do on the day of my fall and did not gather any of the necessary details, so I just went home, trusting the store manager would contact me.

The store manager never called me as she promised and has failed to answer any of my repeated calls and messages. She also has failed to respond to my certified letter, sent requesting that any and all video surveillance of this incident be preserved and that all necessary safeguards be taken to ensure the video is not erased or destroyed. I also requested a copy of the video of this incident be sent to me I haven't got anything over all this time.

End of STATEMENT OF CLAIM

## IV. RELIEF

Do to this fall Jemima Ortiz has a permanent disability that causes constant pain and prevents a normal everyday life,. Therefore this been a permanent disability with punitive and medical cost, Jemima Ortiz petition this court to enter relief in her favor in the amount of $1,400,000.00 (one million four hundred thousand USA dollars).

## V. CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

June 25, 2019

_[signature]_

Jemima Ortiz Pro Se