# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEMIMA ORTIZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SAFEWAY INCORPORATED,<br><br>　　　　　Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER:  2:19-cv-00984-RAJ |

\_\_\_\_   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

　　For the reasons set forth in the Court's Order of March 26, 2020, Judgment is entered in favor of Defendant Safeway Incorporated, against Plaintiff Jemima Ortiz.

　　DATED this 27th day of March, 2020.

　　　　　　　　　　　　　　　　　　WILLIAM M. McCOOL,
　　　　　　　　　　　　　　　　　　Clerk of the Court

　　　　　　　　　　　　　　　　　　By:   */s/ Victoria Ericksen*
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk